Robert H. MILLER, Regional Director of region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, Petitioner–Appellant,

v.

CALIFORNIA PACIFIC MEDICAL CENTER, Respondent–Appellee.

Robert H. MILLER, Regional Director of region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD, Petitioner–Appellee,

v.

CALIFORNIA PACIFIC MEDICAL CENTER, Respondent–Appellant.

Nos. 92–15721, 92–15746.

United States Court of Appeals,
Ninth Circuit.

Aug. 27, 1993.

Before: WALLACE, Chief Judge, BROWNING, HUG, TANG, SCHROEDER, FLETCHER, FARRIS, PREGERSON, POOLE, D.W. NELSON, CANBY, NORRIS, REINHARDT, BEEZER, HALL, WIGGINS, BRUNETTI, KOZINSKI, NOONAN, THOMPSON, O'SCANNLAIN, LEAVY, TROTT, FERNANDEZ, RYMER, T.G. NELSON, and KLEINFELD, Circuit Judges.

### ORDER

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3.

Jeffrey ANTOINE, Plaintiff–Appellant–
Cross–Appellee,

v.

BYERS & ANDERSON, INC.; Shanna Ruggenberg, Defendants–Appellees–
Cross–Appellants.

Nos. 90–35293, 90–35362 and 90–35363.

United States Court of Appeals,
Ninth Circuit.

Aug. 30, 1993.

As Amended Sept. 27, 1993.

Before: WRIGHT, FARRIS, and TROTT, Circuit Judges.

The judgment of this court, 950 F.2d 1471, having been reversed by the Supreme Court, this case is hereby remanded to the district court for further proceedings consistent with the opinion of the Supreme Court in *Antoine v. Byers & Anderson, Inc.,* —— U.S. ——, 113 S.Ct. 2167, 124 L.Ed.2d 391 (1993). Under the circumstances, the matters raised in the cross-appeals are deemed not ripe for appellate review.

REMANDED.

Michael A. MONTIEL, Plaintiff–
Appellant,

v.

CITY OF LOS ANGELES; L.A. Police Sergeant S. Alvarez, Los Angeles Police Officers Charles L. Scott, Amy Nelson, Stanley K. Morishima, and Richard J. Mercado, Defendants–Appellees.

No. 92–55157.

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted June 9, 1993.

Decided Aug. 30, 1993.